# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James A. Reynolds<br>Tiffany M. Reynolds<br>　　　　Debtors | BK NO. 18-01044 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PACIFIC UNION FINANCIAL and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/ James C. Warmbrodt, Esquire**
                      James C. Warmbrodt, Esquire
                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA  19106
                      412-430-3594