UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JAMES A. REYNOLDS and          : CHAPTER 13
         TIFFANY M. REYNOLDS            :
            Debtor(s)                   :
                                        :
         CHARLES J. DEHART, III         :
         STANDING CHAPTER 13 TRUSTEE    :
            Movant                      :
                                        :
            vs.                         :
                                        :
         JAMES A. REYNOLDS and          :
         TIFFANY M. REYNOLDS            :
            Respondent(s)               : CASE NO.   1-18-bk-01044


          TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

         AND NOW, this   3rd   day of May, 2018, comes Charles J. DeHart, III, Standing
Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the
following reason(s):

         1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not
submitted all or such portion of the disposable income to the Trustee as required.   More
specifically,

         Trustee alleges and avers that debtor(s)' disposable income is greater than that
which is committed to the plan based upon the Means Test calculation and specifically disputes the
following amounts:

         a.   Plan payment calculation sum of Lines 34, 35, 36 45.
         b.   Change of circumstance income increase.

         2.   Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property
to be distributed under the plan on account of each allowed unsecured claim is less than the amount
that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically,
debtor's have excess non-exempt equity in the following:

         a.   Residential real estate – rental

         3.   Trustee avers that debtor(s)' plan is not feasible and cannot be administered due
to the lack of the following:

         a.   Paystub for month ending May 31, 2018.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of debtor(s) plan.
    b.  Dismiss or convert debtor(s) case.
    c.  Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 9th day of May, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA 17111

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee