```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 18-01044-HWV
James A. Reynolds                                                   Chapter 13
Tiffany M. Reynolds
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1         User: TWilson          Page 1 of 2           Date Rcvd: May 07, 2018
                             Form ID: ntcnfhrg      Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
```
db/jdb         +James A. Reynolds,   Tiffany M. Reynolds,    202 Powells Valley Road,   Halifax, PA 17032-9128
5034927        +Citibank/The Home Depot,   PO Box 790040,    St. Louis, MO 63179-0040
5034928        +Comenity Capital/Boscov,   Comenity Bank,    PO Box 182125,   Columbus, OH 43218-2125
5034929        +County of Lycoming,    48 West Third Street,    Williamsport, PA 17701-6536
5034931        +KML Law Group PC,   701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
5034932         Lycoming County Tax Claim Bureau,    48 West Third Street,   Camp Hill, PA 17011
5034933        +Mellon Certified Restoration,    5005 Devonshire Road,   Harrisburg, PA 17109-1730
5034926         PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                 Harrisburg, PA 17128-0431
5054843        +Pacific Union Financial, LLC,    7800 Bent Branch Drive #100,   Irving, TX 75063-6019
5034937        +Shawn M. Hughes & Myron R. Thompson,    4996 State Route 42,   Unityville, PA 17774-9007
5034938        +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,   PO Box 10826,   Greenville, SC 29603-0826
5052857         Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
5034941        +Wells Fargo Financial,    PO Box 94498,   Las Vegas, NV 89193-4498
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5037493         E-mail/Text: mrdiscen@discover.com May 07 2018 19:10:04      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
5034930        +E-mail/Text: mrdiscen@discover.com May 07 2018 19:10:04      Discover Financial,   PO Box 3025,
                 New Albany, OH 43054-3025
5034925         E-mail/Text: cio.bncmail@irs.gov May 07 2018 19:10:11       Internal Revenue Service,   POB 7346,
                 Philadelphia, PA 19101-7346
5051528         E-mail/PDF: cbp@onemainfinancial.com May 07 2018 19:09:36       ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5034934        +E-mail/PDF: cbp@onemainfinancial.com May 07 2018 19:09:15       OneMain,   Attn: Bankruptcy,
                 601 NW Second St,    Evansville, IN 47708-1013
5035635        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2018 19:09:42
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5034935        +E-mail/Text: bankruptcy@loanpacific.com May 07 2018 19:10:43      Pacific Union Financial,
                 1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
5034936        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 07 2018 19:10:19
                 Pennsylvania Department of Revenue,    PO Box 280946,   Harrisburg, PA 17128-0946
5034939        +E-mail/PDF: gecsedi@recoverycorp.com May 07 2018 19:09:38       Synchrony Bank/Sams,
                 Attn: Bankruptcy,    PO Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5034940          Trac/CBCD/Citicorp,   Removed per entry 17
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 2 Tiffany M. Reynolds gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor 1 James A. Reynolds gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
```

```
District/off: 0314-1                 User: TWilson             Page 2 of 2              Date Rcvd: May 07, 2018
                                     Form ID: ntcnfhrg         Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        TOTAL: 5

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

James A. Reynolds
Tiffany M. Reynolds

Debtor(s)

Chapter 13

Case No. 1:18−bk−01044−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**June 6, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: June 13, 2018 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: TWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 7, 2018 |