IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
JAMES A. REYNOLDS : CASE NO. 1-18-01044-HWV
TIFFANY M. REYNOLDS :
        Debtors : CHAPTER 13

## DEBTOR'S CONSENT TO APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

    I, James A. Reynolds, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached First Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

_____
James A. Reynolds

    I, Tiffany M. Reynolds, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached First Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

_____
Tiffany M. Reynolds

DATE: Oct 18, 2018