LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

James A. Reynolds and Tiffany M. Reynolds

**Debtor(s)**

Mill City Mortgage Loan Trust 2016-1, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee

**Plaintiff(s)/Movant(s)**
vs.

James A. Reynolds and Tiffany M. Reynolds

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 1-8-bk-01044-HWV

ADVERSARY NO. ___-___-ap-_____
(if applicable)

Nature of Proceeding: _____

Pleading: _____

Document #: 54

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

[✔] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[ ] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    [ ] Thirty (30) days.
    [ ] Forty-five (45) days.
    [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 09/16/2019      Michael J. Shavel, Esquire
                                        Attorney for Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.