LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

James A. Reynolds and Tiffany M. Reynolds

**Debtor(s)**

Mill City Mortgage Loan Trust 2016-1, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee

**Plaintiff(s)/Movant(s)**

vs.

James A. Reynolds and Tiffany M. Reynolds

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 1 - 8 -bk- 01044-HWV

ADVERSARY NO. __-__ -ap-_____
(if applicable)

Nature of Proceeding: _____

Document #: 54

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Request for continuance of 30 days for further review

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 09/16/2019

Michael J. Shavel, Esquire

Attorney for Movant

Name: Hill Wallack LLP

Phone Number: 215-579-7700

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.

Case 1:18-bk-01044-HWV    Doc 57    Filed 09/16/19    Entered 09/16/19 09:55:34    Desc
Main Document     Page 1 of 1