UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:  CASE NO.: 1:18-bk-01044-HWV
CHAPTER 13

James A. Reynolds
Tiffany M. Reynolds,

Debtors.
_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of MILL CITY MORTGAGE LOAN TRUST 2016-1, WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC
10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
DULUTH, GA 30097**

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Andrea Betts
    Andrea Betts, Esquire
    Email: abetts@rascrane.com

# CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on May 4, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

James A. Reynolds
Tiffany M. Reynolds
202 Powells Valley Road
Halifax, PA 17032

And via electronic mail to:

Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

                Robertson, Anschutz, Schneid & Crane LLC
                Attorney for Secured Creditor
                10700 Abbott's Bridge Road, Suite 170,
                Duluth, GA 30097
                Telephone: 470-321-7112

                By: /s/Andrea Betts
                Andrea Betts, Esquire
                Email: abetts@rascrane.com