LOCAL BANKRUPTCY FORM 5071-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE, DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James A. Reynolds and Tiffany M. Reynolds | CHAPTER 13 |
| Debtors. | BANKRUPTCY NO. 18-01044/HWV |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Plaintiff(s)/Movant(s) | ADVERSARY NO. __ - ___ -ap- _____<br>**(If applicable)** |
| vs. | Nature of Proceeding: Motion for Relief |
| James A. Reynolds and Tiffany M. Reynolds | Pleading: Motion for Relief |
| Debtors/Respondents | Document # 71 |

## **REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].
Reason for the continuance.

Parties are attempting to resolve the Motion via a stipulation and request additional time.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

                                            Respectfully submitted,

Dated: __09/14/2020__                     BY: /s/ Kristen D. Little, Esquire
                                                                   Kristen D. Little, Esquire
                                                                   Shapiro & DeNardo, LLC
                                                                   3600 Horizon Drive, Suite 150
                                                                   King of Prussia, PA 19406
                                                                   (610) 278-6800/ fax (847) 954-4809
S&D File #:19-061981                   PA BAR ID #79992
                                                                   klittle@logs.com
                                                                   pabk@logs.com