<pre>
                    UNITED STATES BANKRUPTCY COURT
                  FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JAMES A. REYNOLDS

          TIFFANY M. REYNOLDS


                    Debtor(s)
                                                    CHAPTER 13
          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                    Movant                          CASE NO: 1-18-01044-HWV

vs.

          JAMES A. REYNOLDS
            TIFFANY M. REYNOLDS


                    Respondent(s)
</pre>

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on December 9, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:  December 9, 2020                    Respectfully submitted,

                                            /s/   James K. Jones, Esquire
                                            ID:  39031
                                            Attorney for Movant
                                            Charles J. DeHart, III
                                            Standing Chapter 13 Trustee
                                            8125 Adams Drive, Suite A
                                            Hummelstown, PA 17036
                                            Phone:  (717) 566-6097
                                            Fax:  (717) 566-8313
                                            eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    JAMES A. REYNOLDS<br>TIFFANY M. REYNOLDS<br><br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 1-18-01044-HWV |

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> January 13, 2021 at 09:35 AM
> This hearing will be held telephonically using Courtcall.

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 1400.00**
**AMOUNT DUE FOR THIS MONTH: $700.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $2100.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.   You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.   You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  December 9, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JAMES A. REYNOLDS

         TIFFANY M. REYNOLDS             CHAPTER 13

                Debtor(s)

         CHARLES J. DEHART, III            CASE NO: 1-18-01044-HWV
         CHAPTER 13 TRUSTEE
                Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 9, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

                                              Served Electronically

GARY J. IMBLUM, ESQUIRE                           UNITED STATES TRUSTEE
4615 DERRY STREET                                           SUITE 1190
HARRISBURG, PA 17111-                             228 WALNUT STREET
                                                                 HARRISBURG, PA 17101

                                              Served by First Class Mail

JAMES A. REYNOLDS
TIFFANY M. REYNOLDS
202 POWELLS VALLEY ROAD
HALIFAX, PA 17032

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 9, 2020                             Liz Joyce
                                                        for Charles J. DeHart, III, Trustee
                                                         Suite A, 8125 Adams Dr.
                                                         Hummelstown, PA 17036
                                                         Phone: (717) 566-6097
                                                         eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES A. REYNOLDS
TIFFANY M. REYNOLDS

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-18-01044-HWV

vs.

JAMES A. REYNOLDS
TIFFANY M. REYNOLDS

MOTION TO DISMISS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.