# IMBLUM LAW OFFICES, P.C.

**Gary J. Imblum**
Jeffrey L. Troutman (of counsel)

**4615 DERRY STREET
HARRISBURG, PA 17111**

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

December 28, 2020

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: James & Tiffany Reynolds
Chapter 13 Bankruptcy Case No. 1-18-01044

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

SHAWN M HUGHES MYRON R THOMPSON
4582 STATE ROUTE 42
UNITYVILLE PA 17774-9250

The Creditor's <u>previous</u> address was as follows:

SHAWN M HUGHES MYRON R THOMPSON
4996 STATE ROUTE 42
UNITYVILLE PA 17774-9007

Very truly yours,

IMBLUM LAW OFFICES, P.C.

*[signature]*

Gary J. Imblum

GJI/srm