LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
REYNOLDS, JAMES & TIFFANY

**Debtor(s)**

MILL CITY MORTGAGE LOAN TRUST 2016-1

**Plaintiff(s)/Movant(s)**
vs.
REYNOLDS, JAMES & TIFFANY,
DEHART III, CHARLES J.

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 1-18-bk-01044

ADVERSARY NO. ___-___-ap-_____
(if applicable)

Nature of Proceeding: Contested

Pleading: Motion for Relief from Stay

Document #: 85

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✔] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
　[ ] Thirty (30) days.
　[✔] Forty-five (45) days.
　[ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 02/08/2021

/s/ Charles G. Wohlrab
Attorney for Mill City Mortgage Loan Trust 2016-1

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.