**IMBLUM LAW OFFICES, P.C.**

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

January 11, 2022

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: James & Tiffany Reynolds
Chapter 13 - Bankruptcy Case No. 1:18-bk-01044

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

PACIFIC UNION FINANCIAL
4000 HORIZON WAY
IRVING, TX 75063-2260

The Creditor's <u>previous</u> address was as follows:

PACIFIC UNION FINANCIAL
1603 LBJ FREEWAY SUITE 500
FARMERS BRANCH, TX 75234-6071

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm