United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-01044-HWV |
| James A. Reynolds | Chapter 13 |
| Tiffany M. Reynolds | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jun 21, 2023 | Form ID: 3180W | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James A. Reynolds, Tiffany M. Reynolds, 202 Powells Valley Road, Halifax, PA 17032-9128 |
| 5106343 | + | AgFirst Farm Credit Bank, c/o McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 5034929 | + | County of Lycoming, 48 West Third Street, Williamsport, PA 17701-6519 |
| 5034932 | | Lycoming County Tax Claim Bureau, 48 West Third Street, Camp Hill, PA 17011 |
| 5034933 | + | Mellon Certified Restoration, 5005 Devonshire Road, Harrisburg, PA 17109-1730 |
| 5034926 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 5034935 | | Pacific Union Financial, 4000 HORIZON WAY, IRVING, TX 75063-2260 |
| 5054843 | + | Pacific Union Financial, LLC, 7800 Bent Branch Drive #100, Irving, TX 75063-6019 |
| 5034937 | | Shawn M. Hughes & Myron R. Thompson, 4582 State Route 42, Unityville PA 17774-9250 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5034927 | + | EDI: CITICORP.COM | Jun 21 2023 22:44:00 | Citibank/The Home Depot, PO Box 790040, St. Louis, MO 63179-0040 |
| 5034928 | + | EDI: WFNNB.COM | Jun 21 2023 22:44:00 | Comenity Capital/Boscov, Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 5037493 | | EDI: DISCOVER.COM | Jun 21 2023 22:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5034930 | + | EDI: DISCOVER.COM | Jun 21 2023 22:44:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 5034925 | | EDI: IRS.COM | Jun 21 2023 22:44:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5034931 | ^ | MEBN | Jun 21 2023 18:42:03 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5064538 | | Email/Text: mtgbk@shellpointmtg.com | Jun 21 2023 18:44:00 | MCML Trust 2016-1, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 5325654 | + | Email/Text: RASEBN@raslg.com | Jun 21 2023 18:44:00 | Mill City Mortgage Loan Trust, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5162646 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 21 2023 18:44:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5181582 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 21 2023 18:44:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5181581 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 21 2023 18:44:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 619096, Dallas, TX 75261-9096 |
| 5051528 | | EDI: AGFINANCE.COM | Jun 21 2023 22:44:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5034934 | + | EDI: AGFINANCE.COM | Jun 21 2023 22:44:00 | OneMain, Attn: Bankruptcy, 601 NW Second St, Evansville, IN 47708-1013 |
| 5035635 | + | EDI: RECOVERYCORP.COM | Jun 21 2023 22:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5034936 | + | EDI: PENNDEPTREV | Jun 21 2023 22:44:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5034936 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2023 18:44:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5059395 | | EDI: Q3G.COM | Jun 21 2023 22:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5062286 | | EDI: Q3G.COM | Jun 21 2023 22:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5034938 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 21 2023 18:44:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 5034939 | + | EDI: RMSC.COM | Jun 21 2023 22:44:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5052857 | | EDI: WFFC2 | Jun 21 2023 22:44:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| 5034940 | | Trac/CBCD/Citicorp, Removed per entry 17 |
| 5034941 | | Wells Fargo Financial, Address Removed as per entry 29 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Mill City Mortgage Loan Trust2016-1 Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee cwohlrab@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Gary J Imblum | on behalf of Debtor 2 Tiffany M. Reynolds gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 James A. Reynolds gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Pacific Union Financial LLC bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper kdlittleecf@gmail.com |
| Lily Christina Calkins | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper logsecf@logs.com lilychristinacalkins@gmail.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper ldoyle@logs.com LOGSECF@logs.com |
| Marisa Myers Cohen | on behalf of Creditor AgFirst Farm Credit Bank ecfmail@mwc-law.com |
| Michael Joshua Shavel | on behalf of Creditor Mill City Mortgage Loan Trust2016-1 Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | James A. Reynolds | Social Security number or ITIN xxx–xx–8057 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Tiffany M. Reynolds | Social Security number or ITIN xxx–xx–2294 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-01044-HWV | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James A. Reynolds          Tiffany M. Reynolds

**By the court:** _/s/ Henry W. Van Eck_

6/21/23

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**